OPINION — AG — IN AN OPINION TO YOU DATED JUNE 6, 1963 THIS OFFICE CONSTRUED THE LAWS OF THIS STATE RELATING TO THE BRING OF A CRIMINAL ACTION AGAINST AN UNLICENSED ARCHITECT ALLEGED TO BE PRACTICING ARCHITECTURE IN OKLAHOMA, A COPY IS ENCLOSED. CITE: 59 O.S. 1961 45.1-45.24 [59-45.1] — [59-45.24], 59 O.S. 1961 45.3 [59-45.3], 59 O.S. 1961 738.1-738.5 [59-738.1] — [59-738.5] (FRED HANSEN)